1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| RICHARD EDMOND RUSSELL, JR., ) | NO. CV 14-01976-AS |

12                                   )

Plaintiff,      )

13                                   )          **JUDGMENT**

v.         )

14                                   )

CAROLYN W. COLVIN,                 )

15   Acting Commissioner of Social   )

Security,                          )

16                                   )

                                   )

17                Defendant.        )

                                   )

18

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner of the

20   Social Security Administration is reversed in part and the matter is

21   remanded for further administrative action consistent with the Opinion

22   filed concurrently herewith.

23

24        DATED:   July 20, 2015.

25

                                                    /s/

26                                        _____

                                                ALKA SAGAR

27                                        UNITED STATES MAGISTRATE JUDGE

28