John M. FitzGerald
Health Advocates
21540 Plummer Street
Chatsworth, CA 91311
T: (818) 461-5803
F: (818) 271-2687
C: (310) 849-7830
E-mail: johnf@leiboviclawgroup.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD EDMOND RUSSELL, JR.,**<br><br>**Plaintiff**<br><br>vs.<br><br>**CAROLYN W. COLVIN,**<br><br>**Acting Commissioner of SSA**<br><br>**Defendant(s).** | CASE No.: CV 14-01976-RGK (AS)<br><br>(~~PROPOSED~~) ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d). |

Based upon the parties' "Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)" ("the Stipulation"), filed October 7, 2015,

It IS ORDERED that attorney fees and expenses in the amount of $4,200 are awarded, subject to the terms of the Stipulation.

Dated: November 2, 2015

                                               / s / Alka Sagar
                                      HONORABLE ALKA SAGAR
                                      UNITED STATES MAGISTRATE JUDGE